IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**05 - CV - 02092-OES**

Civil Action No. _____

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2005

GREGORY C. LANGHAM
CLERK

JAMES EDWARD VERNER,

      Petitioner,

v.

ATTORNEY GENERAL,
ROBERT WILEY, Warden, United States Penitentiary-Max, Florence, Colorado

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a Petition for Writ of Habeas Corpus Pursuant to 28

U.S.C. 2241 and a Motion for Appointment of Counsel. The court has determined that

the documents are deficient as described in this order. He has failed either to pay the

$5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant

to 28 U.S.C. § 1915 in a Habeas Corpus Action. Notwithstanding the deficiencies, the

clerk of the court will be directed to commence a civil action. Petitioner will be directed

to cure the following if he wishes to pursue his claims. Any papers which the Petitioner

files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   <u>X</u>   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing

(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Petitioner

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the petition and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED at Denver, Colorado, this _21_ day of _October_____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 02092** -0ℰ⟩

James Edward Verner
Reg. No. 42533-066
ADX – Florence
PO Box 8500
Florence, CO 81226


     I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on _/0 2/ 05_


                             GREGORY C. LANGHAM, CLERK


                             By:_____
                                        Deputy Clerk